# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY MAE ROBINSON, J.S.R., and D.R.,** : | **CIVIL ACTION NO. 4:09-CV-0157** |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| v. : | |
| **UNITED STATES OF AMERICA**, *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 3rd day of April, 2009, upon consideration of plaintiff Dorothy Mae Robinson's application to proceed *in forma pauperis* (Doc. 2) and authorization (Doc. 4) to deduct periodic payments from her prisoner trust account in satisfaction of the filing fee, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is CONSTRUED as a motion to proceed without full payment of fees and costs and is GRANTED as so construed.

2. The United States Marshal is directed to serve the complaint (Doc. 1) on the defendants named therein.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge